1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO**

| | |
|---|---|
| HAPPY CP COMPANY LIMITED (TRADING AS CHOCO UP),<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>LB ACCESSORIES LLC (TRADING AS LITTLE BAEBAE CO) and MEGAN BRITTNEY CASTILLO,<br>　　　　　　Respondents. | Case No. 2:24-cv-02274-TLN-JDP<br><br>(*Assigned to Hon. Troy L. Nunley*)<br><br>**ORDER GRANTING PETITIONER'S EX PARTE APPLICATION MOTION FOR ALTERNATIVE SERVICE TO RESPONDENTS**<br><br>Action Filed: August 20, 2024<br>Trial Date:　Not Set |

The *Ex Parte* Motion for Alternative Service filed by Petitioner Happy CP Company

1

Limited (Trading as Choco Up) against Respondents LB Accessories LLC (trading as Little Baebae Co) and Megan Brittney Castillo came before the Court. Having reviewed the memorandum, supporting papers, declaration, arguments of counsel, and for good cause shown, the Court finds that Petitioner has demonstrated that despite diligence, it has been unable to effectuate personal service on Respondents. Based on the evidence and supporting documentation, the Court hereby **GRANTS** Petitioner's motion, finds that the following methods of alternate service are reasonably calculated to give actual notice to Respondents of the summons and petition, and therefore AUTHORIZES alternative service of process on Respondents via (a) mailing by certified mail to Respondents' business/residential address at 351 Greenview Lane, Sacramento, CA 95821 USA; (b) affixing at the door of Respondents' business/residential address at 351 Greenview Lane, Sacramento, CA 95821 USA; and (c) emailing to Respondents' email address at megan@littlebaebaeco.com.

DATED: November 25, 2024

_____
Troy L. Nunley
Chief United States District Judge