# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO

| | |
|---|---|
| HAPPY CP COMPANY LIMITED (TRADING AS CHOCO UP),<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>LB ACCESSORIES LLC (TRADING AS LITTLE BAEBAE CO) and MEGAN BRITTNEY CASTILLO,<br>　　　　　　Respondents. | Case No. 2:24-cv-02274-TLN-JDP<br><br>(*Assigned to Hon. Troy L. Nunley*)<br><br>**ORDER GRANTING PETITIONER'S EX PARTE APPLICATION MOTION REQUESTING EXTENSION OF TIME TO SERVE RESPONDENTS**<br><br>Action Filed: August 20, 2024<br>Trial Date:　Not Set |

1

The *Ex Parte* Motion filed by Petitioner Happy CP Company Limited (Trading as Choco Up) for an extension of 60 days to serve the summons and petition on Respondents LB Accessories LLC (trading as Little Baebae Co) and Megan Brittney Castillo came before the Court. Having reviewed the memorandum, supporting papers, declaration, arguments of counsel, and for good cause shown, the Court finds that Petitioner has demonstrated that despite diligence, it has been unable to effectuate personal service of process on Respondents. Based on the evidence and supporting documentation the Court hereby **GRANTS** Petitioner's motion and extends by 60 days the time to serve the summons and petition on Respondents, moving the current deadline of November 18, 2024 to January 17, 2025.

DATED: November 25, 2024

_____
Troy L. Nunley
Chief United States District Judge