UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAPPY CP COMPANY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>LB ACCESSORIES LLC, et al.,<br><br>Defendants. | Case No. 2:24-cv-2274-TLN-JDP<br><br>**ORDER** |

Plaintiff's motion for entry of default judgment was submitted for decision without oral argument by the magistrate judge on May 14, 2025. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1).

On May 19, 2025, the magistrate judge filed findings and recommendations herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the Court finds the findings and recommendations to be supported by

1

the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 19, 2025, are adopted in full;

2. Both Petitioner's motion for default judgment (ECF No. 14) and petition to confirm the arbitration award (ECF No. 1) are GRANTED;

3. Judgment is entered against respondents, jointly and severally liable, in the amount of $204,988.69;

4. Petitioner's request for costs and attorney's fees is DENIED without prejudice to filing a motion in accordance with the Court's local rules; and

5. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

**Date: June 17, 2025**

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE